UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVIE BELLE, JR. ,

    Plaintiff,

v.                                            Case No: 8:20-cv-267-T-36AEP

WILLIAMS, RUSH AND ASSOCIATES,
LLC and SEAN WILLIAMS,

    Defendants.
_____/

## O R D E R

    This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on November 3, 2020, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 16). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

    ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

1.     This action is dismissed, with prejudice.

2.     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on January 8, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any